In NEWSOM v. WILLIAMS, from Davidson.

MERRIMON, J.   This case is in all material respects like that of *Cross* v. *Williams,* and must be governed by it.   The motion to dismiss the appeal is allowed.

Appeal dismissed.